FILED
2019 Jun-11 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MICHAEL WAYNE WALKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) 6:19-cv-00538-RDP-JHE |
| **LIEUTENANT DEJESUS, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On May 20, 2019, the Magistrate Judge entered a report recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. 4). Although Plaintiff was advised of his right to file specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. This action is therefore due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

**DONE** and **ORDERED** this June 11, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE